```
BENJAMIN B. WAGNER
United States Attorney
R. BENJAMIN NELSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-MJ-0241-AC |
| | ) |
| Plaintiff, | ) [~~Proposed~~] ORDER VACATING COURT |
| | ) TRIAL AND RESETING COLLATERAL |
| v. | ) |
| | ) DATE: February 1, 2016 |
| VICTOR S. McNEIL, | ) TIME: 9:00 a.m. |
| | ) JUDGE: Hon. Allison Claire |
| Defendant. | ) |

It is hereby ordered that plaintiff United States of America's Motion to Vacate the Court Trial and Reset Collateral is GRANTED. Defendant shall be permitted to forfeit collateral in the amount of $100.00 plus a processing fee of $10.00 for a total amount of $110.00, payable immediately.

IT IS SO ORDERED.

Dated: January 26, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1